## AMENDED DISTRIBUTION
## FINAL DISTRIBUTION

Case Number: 08-72097  
Debtor Name: SCHLOTTMAN, KENNETH K  

Page: 1  

Date: November 25, 2009  
Time: 03:41:29 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $9,254.47 |
| | JOSEPH D. OLSEN | Admin Ch. 7 | 1,676.02 | 0.00 | 1,676.02 | 1,676.02 | 7,578.45 |
| | JOSEPH D. OLSEN | Admin Ch. 7 | 47.70 | 0.00 | 47.70 | 47.70 | 7,530.75 |
| | United States Bankruptcy Court | Admin Ch. 7 | 250.00 | 0.00 | 250.00 | 250.00 | 7,280.75 |
| | Yalden, Olsen & Willette | Admin Ch. 7 | 1,237.30 | 0.00 | 1,237.30 | 1,237.30 | 6,043.45 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 3,211.02 | 0.00 | 3,211.02 | 3,211.02 | |
| 1 | Discover Bank/DFS Services LLC | Unsecured | 12,337.02 | 0.00 | 12,337.02 | 4,923.54 | 1,119.91 |
| 2 | Washington Mutual | Unsecured | 1,406.74 | 0.00 | 1,406.74 | 561.41 | 558.50 |
| 3 | Recovery Management Systems | Unsecured | 78.63 | 0.00 | 78.63 | 31.38 | 527.12 |
| 4 | Recovery management Systems | Unsecured | 1,320.81 | 0.00 | 1,320.81 | 527.12 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 15,143.20 | 0.00 | 15,143.20 | 6,043.45 | |
| | << Totals >> | | 18,354.22 | 0.00 | 18,354.22 | 9,254.47 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| Administrative-Ch7 | 100.000000% |
| Unsecured | 39.908672% |