**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SCHLOTTMAN, KENNETH K | § Case No. 08-72097 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $288,600.00 | Assets Exempt: $74,150.00 |
| Total Distribution to Claimants: $6,043.45 | Claims Discharged Without Payment: $9,099.75 |
| Total Expenses of Administration: $3,218.38 | |

3) Total gross receipts of $ 9,261.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,261.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,218.38 | 3,218.38 | 3,218.38 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 15,143.20 | 15,143.20 | 6,043.45 |
| **TOTAL DISBURSEMENTS** | $0.00 | $18,361.58 | $18,361.58 | $9,261.83 |

4) This case was originally filed under Chapter 7 on June 30, 2008. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2010         By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Preference claim | 1241-000 | 9,259.50 |
| Interest Income | 1270-000 | 2.33 |
| **TOTAL GROSS RECEIPTS** | | **$9,261.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,676.02 | 1,676.02 | 1,676.02 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 47.70 | 47.70 | 47.70 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,237.30 | 1,237.30 | 1,237.30 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.36 | 7.36 | 7.36 |
| reversal of check | 2300-000 | N/A | -7.36 | -7.36 | -7.36 |
| Bond premium ck. | 2300-000 | N/A | 7.36 | 7.36 | 7.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,218.38 | 3,218.38 | 3,218.38 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 12,337.02 | 12,337.02 | 4,923.54 |
| Washington Mutual | 7100-000 | N/A | 1,406.74 | 1,406.74 | 561.41 |
| Recovery Management Systems | 7100-000 | N/A | 78.63 | 78.63 | 31.38 |
| Recovery management Systems | 7100-000 | N/A | 1,320.81 | 1,320.81 | 527.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 15,143.20 | 15,143.20 | 6,043.45 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-72097  
**Case Name:** SCHLOTTMAN, KENNETH K  
**Period Ending:** 01/14/10

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/30/08 (f)  
**§341(a) Meeting Date:** 09/11/08  
**Claims Bar Date:** 03/20/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FSingle Family Residence, obe7726 Catalpa Lane, | 226,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account (1/2 interest) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household furniture and furnishing | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books, pictures, etc.(1/2 interest | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Firearms and sports, photographic, and Miscellan | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | IRA | 52,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1997 Mazda MPV | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1987 Buick LeSabre | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Tools of Trade | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Preference claim (u) | 0.00 | 11,500.00 | | 9,259.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.33 | FA |
| 12 | Assets     Totals (Excluding unknown values) | $288,600.00 | $11,500.00 | | $9,261.83 | $0.00 |

**Major Activities Affecting Case Closing:**

Only asset being administered is a preference claim. Trustee has received the preference settlement funds and is in the process of filing his final report. All matters have been resolved.

**Initial Projected Date Of Final Report (TFR):**     June 30, 2009      **Current Projected Date Of Final Report (TFR):**     May 27, 2009  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-72097 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SCHLOTTMAN, KENNETH K | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****12-65 - Money Market Account |
| Taxpayer ID #: | 54-6814675 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/09 | {11} | Capital One Services, Inc. | Per Compromise | 1241-000 | 9,259.50 | | 9,259.50 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 9,259.80 |
| 03/30/09 | | Reversal of transfer to DDA | reversal | 9999-000 | | -9,260.17 | 18,519.97 |
| 03/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.37 | | 18,520.34 |
| 03/30/09 | | To Account #*********1266 | under $10,000 - prep. of F. Rpt | 9999-000 | | 9,260.17 | 9,260.17 |
| 03/30/09 | Int | Reversal of interest | reversal of interest | 1270-000 | -0.37 | | 9,259.80 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,260.20 |
| 04/21/09 | Int | reversal of negative interest | reversal | 1270-000 | 0.40 | | 9,260.60 |
| 04/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.40 | | 9,260.20 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,260.57 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,260.93 |
| 06/05/09 | | Bond premium ck. | Ck #101 (Written on DDA - cleared from MMA) | 2300-000 | | 7.36 | 9,253.57 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,253.97 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,254.36 |
| 08/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.11 | | 9,254.47 |
| 08/10/09 | | To Account #*********1266 | transfer funds for Amd Dist. Rpt | 9999-000 | | 9,254.47 | 0.00 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | | 9,261.83 | 9,261.83 | $0.00 |
| Less: Bank Transfers | | 0.00 | 9,254.47 | |
| Subtotal | | 9,261.83 | 7.36 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $9,261.83 | $7.36 | |

{} Asset reference(s)                                                                                                   Printed: 01/14/2010 07:55 AM    V.11.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-72097 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | SCHLOTTMAN, KENNETH K | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****12-66 - Checking Account |
| Taxpayer ID #: | 54-6814675 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/14/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/09 | | From Account #*********1265 | under $10,000 - prep. of F. Rpt | 9999-000 | 9,260.17 | | 9,260.17 |
| 03/30/09 | | reversal of transfer | reversal of transfer | 9999-000 | -9,260.17 | | 0.00 |
| 06/05/09 | | reversal of check | Check was pd. from MMA | 2300-000 | | -7.36 | 7.36 |
| 06/05/09 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-72097, Bond #016018067 - Processed from MMA | 2300-000 | | 7.36 | 0.00 |
| 08/10/09 | | From Account #*********1265 | transfer funds for Amd Dist. Rpt | 9999-000 | 9,254.47 | | 9,254.47 |
| 11/30/09 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,237.30, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,237.30 | 8,017.17 |
| 11/30/09 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,676.02, Trustee Compensation; Reference: | 2100-000 | | 1,676.02 | 6,341.15 |
| 11/30/09 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $47.70, Trustee Expenses; Reference: | 2200-000 | | 47.70 | 6,293.45 |
| 11/30/09 | 105 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 6,043.45 |
| 11/30/09 | 106 | Discover Bank/DFS Services LLC | Dividend paid 39.90% on $12,337.02; Claim# 1; Filed: $12,337.02; Reference: | 7100-000 | | 4,923.54 | 1,119.91 |
| 11/30/09 | 107 | Washington Mutual | Dividend paid 39.90% on $1,406.74; Claim# 2; Filed: $1,406.74; Reference: | 7100-000 | | 561.41 | 558.50 |
| 11/30/09 | 108 | Recovery Management Systems | Dividend paid 39.90% on $78.63; Claim# 3; Filed: $78.63; Reference: 13651608 | 7100-000 | | 31.38 | 527.12 |
| 11/30/09 | 109 | Recovery management Systems | Dividend paid 39.90% on $1,320.81; Claim# 4; Filed: $1,320.81; Reference: 13651611 | 7100-000 | | 527.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,254.47 | 9,254.47 | $0.00 |
| | | | Less: Bank Transfers | | 9,254.47 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,254.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,254.47** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-72097 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | SCHLOTTMAN, KENNETH K | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****12-66 - Checking Account |
| Taxpayer ID #: | 54-6814675 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/14/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 9,261.83 | | | | |
| | | Net Estate : | $9,261.83 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****12-65 | 9,261.83 | 7.36 | 0.00 |
| Checking # ***-*****12-66 | 0.00 | 9,254.47 | 0.00 |
| | $9,261.83 | $9,261.83 | $0.00 |

{} Asset reference(s)   Printed: 01/14/2010 07:55 AM   V.11.54